**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Ben's Auto Body, Inc.

     v.                                 Civil No. 07-cv-417-PB

Progressive Casualty
Insurance Company,
Progressive Direct
Insurance Company

**<u>O R D E R</u>**

    The plaintiff moves to compel answers to interrogatories. Defendant interposes a catalogue of objections.

<u>Discussion</u>

    This discovery dispute is precisely the type of unnecessary dispute I thought New Hampshire lawyers had become smart enough to resolve between themselves without any assistance from me.  A hearing will be held Tuesday, January 20, 2009, at 2:30 p.m. on the motion unless the parties and counsel notify the Clerk that they have resolved their answers.  Each party and their attorney should be prepared to show cause why they should not be sanctioned.[1]

_____

    [1]For example, plaintiff might well re-examine whether its discovery requests comply with Rules 26 and 33.  The defense

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: January 9, 2009

cc:    Earl L. Kalil, Jr.
       Christopher E. Ratte, Esq.
       Russell F. Hilliard, Esq.

---

might well ask itself for a justification for the claim of
privilege without a log and of "privacy claims" without moving
for a protective order.